IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMIRO MONTANEZ,

        Petitioner,                      No. CIV S-09-1865 KJM P

    vs.

MATTHEW CATE, et al.

        Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.  Petitioner requests that this action be stayed while he exhausts state court remedies with respect to claims 1-3.  Pet. at 3-4.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  This action is stayed;

        2.  The Clerk of the Court is directed to administratively close this case; and

        3.  Petitioner shall inform the court within ten days of the exhaustion of state court remedies with respect to claims 1-3 in his habeas petition.

DATED: July 24, 2009.

_____
U.S. MAGISTRATE JUDGE

1/mont1865.sty